**FILED**

APR 5 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; et al., | No. 23-35227 |
| Plaintiffs-Appellants, | D.C. No. 3:23-cv-00061-SLG<br>District of Alaska, Anchorage |
| v. | ORDER |
| BUREAU OF LAND MANAGEMENT; et al., | |
| Defendants-Appellees, | |
| CONOCOPHILLIPS ALASKA, INC.; et al., | |
| Intervenor-Defendants-Appellees. | |

The appeal filed April 4, 2023 is a preliminary injunction appeal. Accordingly, Ninth Circuit Rule 3-3 shall apply.

The mediation questionnaire is due three days after the date of this order.

If they have not already done so, within 7 calendar days after the filing date of this order, the parties shall make arrangements to obtain from the court reporter an official transcript of proceedings in the district court that will be included in the record on appeal.

tsp/MOATT

The briefing schedule shall proceed as follows: the opening brief and excerpts of record are due no later than May 2, 2023; the answering briefs are due May 30, 2023, or 28 days after service of the opening brief, whichever is earlier; and the optional reply brief is due within 21 days after service of the last-served answering brief. *See* 9th Cir. R. 3-3(b).

No streamlined extensions of time will be approved. *See* 9th Cir. R. 31-2.2(a)(3). Any request for an extension of time to file a brief must be made by written motion under Ninth Circuit Rule 31-2.2(b). All parties on a side are encouraged to join in a single brief to the extent practicable. See 9th Cir. R. 32-2 circuit advisory committee note.

Failure to file timely the opening brief shall result in the automatic dismissal of this appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Tina S. Price
Deputy Clerk
Ninth Circuit Rule 27-7