Ryan P. Steen (Bar No. 0912084)
ryan.steen@stoel.com
Jason T. Morgan (Bar No. 1602010)
jason.morgan@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

Whitney A. Brown (Bar No. 1906063)
whitney.brown@stoel.com
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: 907.277.1900
Facsimile: 907.277.1920

Attorneys for Intervenor-Defendant-Appellee ConocoPhillips Alaska, Inc.

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, et al.,<br><br>    Plaintiffs-Appellants,<br><br>  v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>    Defendants-Appellees,<br><br>  and<br><br>CONOCOPHILLIPS ALASKA, INC., et al.,<br><br>    Intervenor-Defendants-Appellees. | **No. 23-35226**<br><br>On Appeal from the United States District Court for the District of Alaska<br><br>No. 3:23-cv-00058-SLG<br>Hon. Sharon L. Gleason |
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>    Plaintiffs-Appellants,<br><br>  v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>    Defendants-Appellees,<br><br>  and<br><br>CONOCOPHILLIPS ALASKA, INC., et al.,<br><br>    Intervenor-Defendants-Appellees. | **No. 23-35227**<br><br>On Appeal from the United States District Court for the District of Alaska<br><br>No. 3:23-cv-00061-SLG<br>Hon. Sharon L. Gleason |

## RESPONSE TO PLAINTIFFS' MOTION TO MODIFY BRIEFING SCHEDULE

ConocoPhillips Alaska, Inc. ("ConocoPhillips") provides this response to Plaintiffs' motions asking the Court to reconsider its scheduling order dated April 6, 2023 (Dkt. 7). The basis for Plaintiffs' claimed emergency is their alleged harm related to a 10.4-acre area that is the site of a gravel mine. ConocoPhillips began construction at the mine site just after the district court denied Plaintiffs' preliminary injunction motions. Work has proceeded every day since then, and, as of April 5, 2023, the site was completely cleared of vegetation. Work is ongoing to prepare the cleared area for gravel extraction. The photograph below depicts the site on April 6, 2023.



Given these circumstances, Plaintiffs (whose declarants' allegations of harm[1] are premised on the mine site in an undisturbed state) have identified no reason why a ruling from this Court sooner rather than later will grant them "meaningful and prompt relief." Dkt. 9 (CBD) at 4; Dkt. 9 (SILA) at 3; *see Shell Offshore, Inc. v. Greenpeace, Inc.*, 709 F.3d 1281, 1288-89 (9th Cir. 2013) (purpose of injunction is not to remedy past injury); *Sierra Club v. Penfold*, 857 F.2d 1307, 1317-18 (9th Cir. 1988) ("no adequate remedy exists" where defendants "had already taken measures to proceed with mining operations"); *Schrier v. Univ. of Co.*, 427 F.3d 1253, 1267 (10th Cir. 2005) ("[t]he purpose of a preliminary injunction is not to remedy past harm"). Accordingly, ConocoPhillips respectfully requests the Court deny Plaintiffs' motions for reconsideration.

DATED: April 7, 2023.

        STOEL RIVES LLP

        By: */s/ Ryan P. Steen*
            Ryan P. Steen (Bar No. 0912084)
            Jason T. Morgan (Bar No. 1602010)
            Whitney A. Brown (Bar No. 1906063)

        *Attorneys for Intervenor-Defendant-Appellee ConocoPhillips Alaska, Inc.*

---

[1] ConocoPhillips disputes Plaintiffs' allegations of harm and the district court found that Plaintiffs failed to establish irreparable harm.

## CERTIFICATE OF COMPLIANCE

I certify that:

(i) This document uses proportionally spaced, 14-point, roman style font and therefore complies with the typeface and type style requirements of Federal Rules of Appellate Procedure 32(a)(5) and (6); and

(ii) This document contains 265 words, excluding items exempted by Federal Rule of Appellate Procedure 32(f). When divided by 280, the word length of this document does not exceed to pages in compliance with Circuit Rules 27-1(1)(d) and 32-3(2).

>*/s/ Ryan P. Steen*
>Ryan P. Steen

119155946.1 0028116-00157